JS-6

ANDRÉ BIROTTE JR.                                cc: USM
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 09-6067 MWF (JEMx) |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT OF FORFEITURE |
| ONE 1962 CHEVROLET IMPALA AUTOMOBILE, ET AL., | |
| Defendants. | |
| RAFAEL T. GONZALEZ, | |
| Claimant. | |

1

Plaintiff and Claimant Rafael T. Gonzalez ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.  The defendant bank funds and vehicle were seized from Claimant, and he asserts an interest in the defendant bank funds and vehicle and has filed a claim in this case and has answered the complaint.  No other claims or answers were filed, and the time for filing claims and answers has expired.  No other person is believed to have any claim to the defendant bank funds or vehicle.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1.   The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Claimant has filed a claim and answer to contest the forfeiture of the defendant bank funds and vehicle.  No other claims were filed, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant bank funds and vehicle.  Any potential claimants to the defendant bank funds and vehicle other than Claimant are deemed to have admitted the allegations of the complaint with respect to the defendant bank funds and vehicle.

2.   $20,000.00 of the defendant currency, without interest, shall be returned to Claimant through his counsel.  The United States Marshals Service shall return the defendant $20,000.00

not later than 45 days after (a) the court enters this Consent Judgment and (b) Claimant provides to the government the bank routing and personal identifiers needed to effect a wire transfer of the funds, whichever is later.

3. The government shall have judgment against the interests of Claimant (and any potential claimants) as to the defendant One 1962 Chevrolet Impala automobile bearing VIN 21867F225930 and as to $10,500.94 in bank funds, which assets are hereby forfeited and condemned to the United States, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited assets according to law.

4. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration ("DEA"), as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant bank funds and vehicle and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant bank funds and vehicle and the institution of this action as to the defendant bank funds and

vehicle. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant bank funds and vehicle.

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant bank funds and vehicle.

DATED: August 8, 2013

_____
THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section

4